UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLD TRIATHLON CORPORATION,
INC., a Florida corporation,

        Plaintiff,

vs.                                      CASE NO: 8:05-CV-983-T-27EAJ

DAWN SYNDICATED PRODUCTIONS,
a Delaware corporation; *et al.*,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Motion for Indication of Willingness to Vacate Order and for Other Related Relief (Dkt. 102). Upon consideration, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion (Dkt. 102) is **DISMISSED**. This Court lacks subject matter jurisdiction, as this cause is on appeal and the parties have not filed a proper Rule 60(b) motion. The parties' motion does not request specific relief pursuant to Rule 60(b), but merely seeks an advisory opinion from the Court.[1] Absent a remand from the Eleventh Circuit Court of Appeals or a proper Rule 60(b) motion which requests action by this Court "in furtherance of the appeal," this Court lacks subject matter jurisdiction. *See Lairsey v. The Advance Abrasives Company*, 542 F.2d 928, 930 (5th Cir. 1976) ("this Circuit, along with other circuits and

---

[1] The parties request the Court "to indicate its willingness" to vacate its summary judgment order and direct all references to the order be permanently removed from electronic databases and internet websites available to the public. (Dkt. 102, p. 1).

1

the commentators, has expressly recognized power in the district court to consider on the merits . . . a 60(b) motion filed after a notice of appeal, because the court's action is in furtherance of the appeal").

**DONE AND ORDERED** in Tampa, Hillsborough County, Florida this 30th day of January, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Clerk, United States Court of Appeals, Eleventh Circuit

2